1  Sasha G. Rao (SBN 244303)
   srao@maynardcooper.com
2  Brandon H. Stroy (SBN 289090)
   bstroy@maynardcooper.com
3  MAYNARD COOPER & GALE, LLP
   Two Embarcadero Center, Suite 1450
4  San Francisco, CA 94111
   Tel: 415.646.4702
5  Fax: 205.254.1999

6  *Attorneys for Defendants*
   *Valplastic USA, LLC and Satyansu Kundu*
7

8  David Duckworth (SBN 170022)
   dduckworth@onellp.com
9  ONE LLP
   23 Corporate Plaza Drive
10 Suite 150-105
   Newport Beach, CA 92660
11 Telephone: (949) 502-2870
   Facsimile: (949) 258-5081

12 David W. Quinto (SBN 106232)
   dquinto@onellp.com
13 ONE LLP
   9301 Wilshire Blvd.
14 Penthouse Suite
   Beverly Hills, CA 90210
15 Telephone: (310) 866-5157
   Facsimile: (310) 943-2085
16

17 *Attorneys for Plaintiff*
   *IRRITEC USA, INC*

18

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRRITEC USA, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>VALPLASTIC USA, LLC, a Delaware Limited Liability Company; SATYANSU KUNDU, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 1:22-cv-00153-JLT-BAM<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS VALPLASTIC USA, LLC AND SATYANSU KUNDU TO RESPOND TO COMPLAINT; [~~PROPOSED~~] ORDER** |

1  Plaintiff Irritec USA, Inc. ("Plaintiff") and Defendants Valplastic USA, LLC and Satyansu
2  Kundu (collectively, the "Defendants"), by and through undersigned counsel, and pursuant to Fed.
3  R. Civ. P. 6 and L.R. 144(a), respectfully submit this stipulation and proposed order to extend the
4  time for Defendants to answer or otherwise respond to Plaintiff's Complaint as follows:
5  WHEREAS, Plaintiff filed their Complaint against Defendants on February 4, 2022 (Doc. 1);
6  WHEREAS, Defendant Valplastic USA, LLC was served with the Summons and Complaint
7  on February 21, 2022;
8  WHEREAS, Defendant Satyansu Kundu was served with the Summons and Complaint on
9  February 25, 2022;
10  WHEREAS, Defendant Valplastic USA, LLC's response to the Complaint is presently due
11  on or before March 14, 2022;
12  WHEREAS, Defendant Satyansu Kundu's response to the Complaint is presently due on or
13  before March 18, 2022;
14  WHEREAS, Plaintiff has agreed to provide Defendants Valplastic USA, LLC with an
15  additional forty-five (45) and Satyansu Kundu with an additional forty-one (41) day period within
16  which to answer or otherwise respond to the Complaint, making Defendants' response now due on
17  or before April 28, 2022;
18  WHEREAS, good cause exists for this extension as Defendants' counsel has recently been
19  retained in this case and Defendants have thus not yet had an opportunity to evaluate the claims and
20  allegations set forth in the Complaint.  Counsel therefore requests additional time to become
21  knowledgeable about the Complaint's allegations in order to prepare an initial responsive pleading;
22  WHEREAS, this is the first extension of time requested by the parties;
23  WHEREAS, the filing of this Joint Stipulation does not constitute a waiver of any claims or
24  defenses that Defendants may have;
25  WHEREAS, no schedule or other deadlines related to this case have yet been set by this
26  Court and so this requested extension will not impact any other deadlines.
27  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties,
28  through their respective counsel, that the deadline for Plaintiffs to answer or otherwise respond to

1 Plaintiff's Complaint shall be extended to April 28, 2022.  Pursuant to L.R. 137 and L.R. 144(a), a
2 proposed order approving this extension is contained within this Joint Stipulation.

3

4 Dated:  March 3, 2022                          MAYNARD COOPER & GALE, LLP

5                                                            By:  /s/ Brandon H. Stroy

6                                                                  Sasha G. Rao
                                                                   Brandon H. Stroy
7
                                                                   *Attorneys for Defendants*
8                                                                  *Valplastic USA, LLC and Satyansu Kundu*

9
   Dated:  March 3, 2022                          ONE LLP, LLP
10
                                                            By:   /s/ David Duckworth
11
                                                                   David Duckworth
12                                                                 David W. Quinto

13                                                                 *Attorneys for Plaintiff*
                                                                   *IRRITEC USA, INC*
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Pursuant to the Parties' Stipulation, and good cause appearing, Defendants Valplastic USA, LLC and Satyansu Kundu shall answer or otherwise respond to Plaintiff's Complaint on or before April 28, 2022.

IT IS SO ORDERED.

Dated:   **March 4, 2022**                           /s/ *Barbara A. McAuliffe*
                                                                    UNITED STATES MAGISTRATE JUDGE